RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 9/8/2020 2:22 PM

*Brian K Hart* -Clerk of Court

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of __Chatham__ County

| For Clerk Use Only | | |
|---|---|---|
| Date Filed __9/8/2020__ | Case Number | __STCV20-01562__ |
| **MM-DD-YYYY** | | |

**Plaintiff(s)**
Roberts, Leonard

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**
Philadelphia Express Trust

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Hapag-Lloyd USA, LLC | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| Marine Transport Management | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** __Brent J. Savage__   **Bar Number** __627450__   **Self-Represented** ☐

### Check One Case Type in One Box

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☒ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

__STCV20-01428__         _____
**Case Number**            **Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
                                                                    **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

**EXHIBIT**
tabbies
1

Version 1.1.18

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 9/8/2020 2:22 PM

*Brian K. Hart* -Clerk of Court



# In The State Court of Chatham County

**133 Montgomery Street, Room 501, Savannah, GA 31401**

www.statecourt.org  •  Phone (912) 652-7224  •  FAX (912) 652-7229  •  clerk@statecourt.org

**LEONARD ROBERTS**

STCV20-01562

_____ Plaintiff

**Case Number**

**Vs**

**PHILADELPHIA EXPRESS TRUST, HAPAG-LLOYD USA, LLC, MARINE TRANSPORT MANAGEMENT, and JOHN DOE DEFENDANTS**

Address of Defendant
HAPAG-LLOYD USA, LLC
c/o RA Nick Orfandis
9487 Regency Square Boulevard
Jacksonville, FL 32225-8183

Defendant

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: HAPAG-LLOYD USA, LLC

Defendant's Address C/O RA, Nick Orfandis, 9487 Regency Square Boulevard, Jacksonville, FL 32225-8183

**You are hereby summoned and required to file** with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:

Brent J. Savage
PO Box 100600
Savannah, GA 31412

**an answer to the complaint which is herewith served upon you, within 30 days after service** of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

This  8th  day of  September , 20 20

*Brian K. Hart*

**CLERK OF COURT**
**State Court of Chatham County**

/s/ Moneisha Green
_____

Not valid until
signed and sealed
by a Deputy Court
Clerk

Deputy Clerk, State Court of Chatham County

PRINT

27. Summons 09-05

Copy from re:SearchGA

*Brian K. Hart* -Clerk of Court



# *In The State Court of Chatham County*

### 133 Montgomery Street, Room 501, Savannah, GA 31401

www.statecourt.org   ·   Phone (912) 652-7224   ·   FAX (912) 652-7229   ·   clerk@statecourt.org

| | |
|---|---|
| **LEONARD ROBERTS** | STCV20-01562 |
| Plaintiff | **Case Number** |

**Vs**

| | |
|---|---|
| **PHILADELPHIA EXPRESS TRUST, HAPAG-LLOYD USA, LLC, MARINE TRANSPORT MANAGEMENT, and JOHN DOE DEFENDANTS** | Address of Defendant<br>Marine Transport Management<br>c/o RA Nick Orfandis<br>9487 Regency Square Boulevard<br>Jacksonville, FL 32225-8183 |
| Defendant | |

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: Marine Transport Management

Defendant's Address C/O RA, Nick Orfandis, 9487 Regency Square Boulevard, Jacksonville, FL 32225-8183

**You are hereby summoned and required to file** with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:

> Brent J. Savage
> PO Box 100600
> Savannah, GA 31412

**an answer to the complaint which is herewith served upon you, within 30 days after service** of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

This __8th__ day of __September__, 20__20__

*Brian K. Hart*
**CLERK OF COURT**
*State Court of Chatham County*

/s/ Moneisha Green

Deputy Clerk, State Court of Chatham County

Not valid until
signed and sealed
by a Deputy Court
Clerk

PRINT

27.  Summons  09-05

Copy from re:SearchGA

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 9/8/2020 2:22 PM

 *Brian K. Hart* -Clerk of Court



# *In The State Court of Chatham County*

### 133 Montgomery Street, Room 501, Savannah, GA 31401

www.statecourt.org  •  Phone (912) 652-7224  •  FAX (912) 652-7229  •  clerk@statecourt.org

**LEONARD ROBERTS**

STCV20-01562

Plaintiff

**Case Number**

Vs

**PHILADELPHIA EXPRESS TRUST,
HAPAG-LLOYD USA, LLC, MARINE TRANSPORT
MANAGEMENT, and JOHN DOE DEFENDANTS**

Address of Defendant
Philadelphia Express Trust
c/o Registered agent, Nick Orfandis
9487 Regency Square Boulevard
Jacksonville, FL  32225-8183

Defendant

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: PHILADELPHIA EXPRESS TRUST

Defendant's Address C/O RA, Nick Orfandis, 9487 Regency Square Boulevard, Jacksonville, FL  32225-8183

**You are hereby summoned and required to file** with the Clerk of said Court and serve upon Plaintiff's Attorney,
whose name and address is:

Brent J. Savage
PO Box 100600
Savannah, GA  31412

**an answer to the complaint which is herewith served upon you, within 30 days after service** of this summons upon you,
exclusive of the day of service.  If you fail to do so, Judgment by default will be taken against you for the relief demanded
in the complaint.

This  8th  day of  September , 20 20

*Brian K. Hart*

**CLERK OF COURT**
**State Court of Chatham County**

/s/ Moneisha Green

Not valid until
signed and sealed
by a Deputy Court
Clerk

Deputy Clerk, State Court of Chatham County

PRINT

27.  Summons  09-05

Copy from re:SearchGA

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO, GA, 9/8/2020 2:22 PM

 *Brian K Hart* -Clerk of Court



### *In The State Court of Chatham County, Georgia*
**133 MONTGOMERY STREET, ROOM 501, SAVANNAH, GA 31401**
www.statecourt.org · Phone (912) 652-7224 · FAX (912) 652-7229 · clerk@statecourt.org

LEONARD ROBERTS

Plaintiff

Counsel or Party Counsel or Party
STCV20-01562

**Case Number**

Vs

PHILADELPHIA EXPRESS TRUST,

HAPAG-LLOYD, USA, LLC, MARINE

TRANSPORT MANAGEMENT, AND

JOHN DOE DEFENDANTS

Defendant

## CERTIFICATION  UNDER  RULE  3.2

Pursuant to rules 3.2 and 3.4 of the Uniform Superior Court Rules and Local Rule # _____ of the Eastern Judicial Circuit of Georgia, I hereby certify that no case has heretofore been filed in the State Court of the Eastern Judicial Circuit involving substantially the same parties or substantially the same subject matter or substantially the same factual issues which would require the petition-pleading to be specifically assigned to the judge whom the original action was or is assigned.

This _____ day of_____, 20 ___

**OR**

_____
Counsel or Party

Pursuant to Rules 3.2 and 3.4 of the Uniform Superior Court Rules and Local Rule # 3.2 of the Eastern Judicial Circuit of Georgia, I hereby certify that this petition-pleading involves substantially the same parties or substantially the same factual issues as in Case # stcv20-0142:

Lester Gilkes                                    VS   Philadelphia Express Trust, et al.
_____                              _____
Plaintiff                                              Defendant

Filed in The Eastern Judicial Circuit of Georgia which under Rule 3.2 of the Superior Court rules require the petition-pleading, be specifically assigned to the Judge whom the original action was or is assigned.

_____
Counsel or Party

7. Certification under rule 3.2   09-05

PRINT

Copy from re:SearchGA

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 9/8/2020 2:22 PM



Brian K. Hart  Clerk of Court

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| LEONARD ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO: ___STCV20-01562___ |
| | ) | |
| PHILADELPHIA EXPRESS TRUST, | ) | |
| HAPAG-LLOYD USA, LLC and | ) | |
| MARINE TRANSPORT | ) | |
| MANAGEMENT, AND JOHN DOE | ) | |
| DEFENDANTS, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>COMPLAINT FOR DAMAGES</u>

**COMES NOW**, LEONARD ROBERTS, Plaintiff in the above-styled action, and brings this his Complaint for damages against Defendants PHILADELPHIA EXPRESS TRUST, HAPAG-LLOYD USA, LLC, MARINE TRANSPORT MANAGEMENT and JOHN DOE DEFENDANTS, respectfully showing this Court as follows:

## I. PARTIES, JURISDICTION AND VENUE

1.

The Plaintiff, LEONARD ROBERTS, is a resident of Savannah, Chatham County, Georgia.  He is a longshoreman at the Georgia Port Authority.

2.

Upon information and belief, Defendant Philadelphia Express Trust, is a Florida business corporation with its principal office and place of business located in Jacksonville, Florida. Upon information and belief, Defendant Philadelphia Express Trust may be served

*Page 1 of 6*

Copy from re:SearchGA

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA. 9/8/2020 2:22 PM

*Brian K. Hart* Clerk of Court

with process through its registered agent Nick Orfandis at 9487 Regency Square Boulevard, Jacksonville, FL 32225-8183.

### 3.

Upon information and belief, Defendant HAPAG-LLOYD USA, LLC, is a Florida business corporation with its principal office and place of business located in Tampa, Florida.  Upon information and belief, Defendant Hapag-Lloyd USA, LLC. may be served with process through registered agent Nick Orfandis at 9487 Regency Square Boulevard, Jacksonville, FL 32225-8183.

### 4.

Upon information and belief, Defendant MARINE TRANSPORT MANAGEMENT, is a Florida business corporation with its principal office and place of business located in Tampa, Florida.  Upon information and belief, Defendant Marine Transport Management may be served with process through registered agent Nick Orfandis at 9487 Regency Square Boulevard, Jacksonville, FL 32225-8183.

### 5.

Upon information and belief, there are unknown Defendants known as the "John Doe Defendants", who improperly failed to disclose the COVID-positive seaman's status and helped secrete his passage out of the Port of Savannah without notifying the proper persons.  These persons or entities are believed to be, at least in part, Georgia residents.

### 6.

Upon information and belief, Defendants Philadelphia Express Trust, Hapag-Lloyd USA, LLC and Marine Transport Management own, manage, operate, direct, and crew

*Page 2 of 6*

Copy from re:SearchGA

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 9/8/2020 2:22 PM

*Brian K. Hart* -Clerk of Court

vessels, including the *Philadelphia Express*, to call upon and transact business in the Port of Savannah, Chatham County, Georgia, on a routine, regular, and systematic basis.

7.

This cause of action is based upon injuries sustained by Plaintiff on the navigable waters of the United States, more specifically, in Chatham County, Georgia.

8.

Plaintiff brings this cause of action under Georgia law.

9.

Jurisdiction and venue are proper in this Honorable Court. Jurisdiction is not proper in federal court because there is no diversity.

## II. FACTUAL ALLEGATIONS

10.

On July 11th and 12th, 2020, Plaintiff was working as a longshoreman aboard the vessel *Philadelphia Express* at Container Berth CB-3 of the Garden City Terminal of the Georgia Ports Authority.

11.

In the course of his employment duties on said date and place, Plaintiff was directed to perform certain duties on the vessel *Philadelphia Express,* and Plaintiff was lawfully on the vessel at all times mentioned herein.

12.

Upon information and belief, Defendant Philadelphia Express Trust was the registered owner of the vessel in question, the *Philadelphia Express.*

*Page 3 of 6*

Copy from re:SearchGA

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 9/8/2020 2:22 PM

*Brian K. Hart* -Clerk of Court

13.

Upon information and belief, the *Philadelphia Express* was operated, captained and crewed by Defendant Hapag-Lloyd USA, LLC. Equipment onboard the vessel was also managed by and under the control of said Defendant.

14.

At all times herein mentioned, the *Philadelphia Express* was located on the navigable waters of the United States and within the State of Georgia for the purpose of loading and discharging of cargo.

15.

On the *Philadelphia Express* was a person known by the Defendants to have COVID-19.  Since this was the case, it was required that the vessel fly its quarantine flag. It did not.

16.

After the vessel left the port, it called back in to advise it had a COVID-19 positive seaman on board while the longshoremen were working the vessel.

17.

This should not have been the case.  The longshoremen were never advised of this situation.  In response, Plaintiff was prohibited from working and required to gt a COVID-19 test.  He suffered lost wages.  He contracted COVID-19.  Mr. Roberts practiced all CDC suggested guidelines off of the vessel.  It is his belief he contracted COVID-19 because of his exposure on the vessel.  He was and is stigmatized in his work as a COVID-19 carrier (This incident has gained international attention, See Exhibit "A").

*Page 4 of 6*

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 9/8/2020 2:22 PM

Brian K. Hart -Clerk of Court

18.

In an effort to try to hide the impropriety of what it had done, Hapag Lloyd, the Philadelphia Express, and Marine Transport had the COVID-positive seaman transported away from the Port of Savannah. Certain of these persons and/or entity/entities who improperly engaged in the transport of this seaman are believed to be Georgia residents (the "John Doe Defendants").

### III.  CAUSES OF ACTION

### A. Fraud and Deceit

19.

The actions of the Defendants were calculating and fraudulent. Plaintiff is entitled to lost wages, medical expenses, physical and mental pain and suffering because of these actions, as well as attorneys fees.

20.

Plaintiff's damages were not the result of any fault or negligence on the part of the Plaintiff, but were proximately caused by the acts of Defendant, its agents, servants or employees.

21.

Defendants have acted in bad faith, been stubbornly litigious, and/or caused Plaintiff unnecessary trouble and expense, and such actions by entitling Plaintiff to recover attorneys' fees and expenses pursuant to O.C.G.A. § 13-6-11.

Copy from re:SearchGA

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 9/8/2020 2:22 PM

Brian K. Hart  Clerk of Court

22.

The actions of the defendants in actively hiding the COVID-19 present on their vessel until after they got what they wanted from the longshoremen working the vessel is unconscionable and warrants an award of exemplary damages pursuant to OCGA §51-12-5.1.

**WHEREFORE**, Plaintiff prays for the following relief:

(A)     That summons and process issue and be served upon Defendants;

(B)     For a trial by a jury comprised of twelve persons;

(C)     That Plaintiff be awarded an appropriate sum to compensate him for his injuries and damages;

(D)     That Plaintiff be awarded reasonable attorneys' fees and litigation expenses pursuant to OCGA §13-6-11;

(E)     That Plaintiff be awarded appropriate exemplary damages pursuant to OCGA 51-12-5.1; and

(F)     Such other and further relief as the Court deems just and proper.

This _____ day of September, 2020.

Brent J. Savage
Georgia Bar No. 627450
Samuel L. Mikell
Georgia Bar No. 241146

SAVAGE TURNER DURHAM
PINCKNEY & SAVAGE
Post Office Box 10600
Savannah, GA 31412
(912) 231-1140

*Page 6 of 6*

Copy from re:SearchGA

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 9/8/2020 2:22 PM

*Brian H. Hart* -Clerk of Court

9/8/2020                               Two U.S.-Flagged Boxships Report COVID-19 Cases On Board


()

**SUBSCRIBE NOW (/subscribe)**

## The Maritime Executive
(/)

Tuesday, September 08, 2020

**Media Kit (
http://mediakit.maritime-
executive.com)**

# 3498
Views

## Two U.S.-Flagged Boxships Report COVID-19 Cases On Board



Philadelphia Express under way off Cuxhaven, June 2019 (file image)

BY THE MARITIME EXECUTIVE (HTTPS://WWW.MARITIME-EXECUTIVE.COM/AUTHOR/MAREX) 07-14-2020 06:10:08

*[Brief]* In a statement Monday, number-five ocean carrier Hapag-Lloyd reported that it has confirmed positive cases of COVID-19 aboard the U.S.-flagged boxships *Philadelphia Express* and *St. Louis Express.*

"We regret to inform you that during normal operations of our *Philadelphia Express* and *St. Louis Express,* deployed in our Atlantic Loop 3 (AL3) service, one member of each vessel's crew tested positive for COVID-19," Hapag-Lloyd said in a statement. "The mariners are quarantined and we are hoping for a speedy recovery. All other crew members

**EXHIBIT "A"**

Copy from re:SearchGA

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 9/8/2020 2:22 PM

*Brian K. Hart* -Clerk of Court

9/8/2020                                        Two U.S.-Flagged Boxships Report COVID-19 Cases On Board

on the vessel are being isolated, monitored and will be tested as well."

Hapag-Lloyd said that it is evaluating any potential impact on vessel and cargo operations, and the ships' berthing dates for the next ports of the AL3 rotation will be adjusted accordingly.

As of Tuesday, *Philadelphia Express* was anchored off Norfolk and *St. Louis Express* was under way off Palm Beach, Florida, bound for Jacksonville.

The two 3,200 TEU geared container ships are sisters, and both are enrolled in the Maritime Administration's Maritime Security Program (MSP) subsidy system. They are both managed by a Florida-based company.

**MORE** TOP STORIES

**CMA CGM Expects Continued Improvements in 2020 Shipping Business (https://www.maritime-executive.com/article/cma-cgm-expects-continued-improvements-in-2020-shipping-business)**

**New Cruise Construction Accelerates with More Float Outs (https://www.maritime-executive.com/article/new-cruise-construction-accelerates-with-more-float-outs)**

**DFDS Becomes Latest Shipping Company to Release Climate Action Plan (https://www.maritime-executive.com/article/dfds-becomes-latest-shipping-company-to-release-climate-action-plan)**

**Japan Resumes Search for Crew of Missing Livestock Carrier (https://www.maritime-executive.com/article/japan-resumes-search-for-crew-of-missing-livestock-carrier)**

**EDITORIALS** TOP STORIES

**The Rise of Technological Moats in Global Freight Forwarding (https://www.maritime-executive.com/editorials/the-rise-of-technological-moats-in-global-freight-forwarding)**

**In Just 20 Years, Ships Could Cross an Open Arctic Ocean (https://www.maritime-executive.com/editorials/in-just-20-years-ships-could-cross-an-open-arctic-ocean)**

**Offshore Gas Deposits Rekindle Old Contest Between Turkey and Greece (https://www.maritime-executive.com/editorials/offshore-gas-deposits-rekindle-old-contest-between-turkey-and-greece)**

**Bristol Bay Salmon Fishery Works Through COVID-19 Pandemic (https://www.maritime-executive.com/editorials/bristol-bay-salmon-fishery-works-through-covid-19-pandemic)**

**Profile: Rear Adm. Edward "Iceberg" Smith and the Greenland Patrol (https://www.maritime-executive.com/editorials/profile-rear-adm-edward-iceberg-smith-and-the-greenland-patrol)**



RIGHTSHIP
A better way to move cargo
Learn more

EXHIBIT "A"

Copy from re:SearchGA

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 9/8/2020 2:22 PM


Brian K Hart -Clerk of Court

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

LEONARD ROBERTS,                    )
                                    )
      Plaintiff,                    )
                                    )
v.                                  )        CIVIL ACTION NO: _STCV20-01562_
                                    )
PHILADELPHIA EXPRESS TRUST,         )
HAPAG-LLOYD USA, LLC and            )
MARINE TRANSPORT                    )
MANAGEMENT, JOHN DOE                )
DEFENDANTS,                         )
                                    )
      Defendants.                   )

---

## PLAINTIFF'S FIRST REQUEST FOR THE
## PRODUCTION OF DOCUMENTS TO DEFENDANTS

COMES NOW, Plaintiff in the above-styled case, and requires the above-named

Defendants, pursuant to O.C.G.A. §9-11-34 to produce for inspection and copying at the

offices of the Plaintiff's attorney of record, Brent J. Savage, Savage Turner Durham

Pinckney & Savage, 102 East Liberty Street, Eighth Floor, Savannah, Georgia 31401, the

following documents within forty-five (45) days of the date of service of this request.

Plaintiff requests that, along with the production of documents, a written

response be made detailing the documents produced and any documents covered by

these requests which the Defendants objects to producing.

**NOTE A:**    These requests are continuous and should be supplemented if

additional information is received at a later date.

*Page 1 of 4*

Copy from re:SearchGA

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 9/8/2020 2:22 PM

Brian K. Hart Clerk of Court

**NOTE B:**      If documents requested are not in the Defendants' possession, please state as follows:

(1)      name of person who has possession or knowledge of whereabouts;

(2)      business address of such;

(3)      business telephone number of such.

**NOTE C:**      If you claim that a privilege applies to any document sought by this request, then state the factual and legal basis for the claimed privilege and identify the document (by date, author, recipient, general subject matter) so that it can be described in a motion to compel.

1.      Any and all records, reports, memoranda and emails relating to the incidents complained of in Plaintiff's complaint in Defendants' possession.

2.      The entire crew list and the employee list of the *Philadelphia Express* for the voyage and activity at issue herein, including addresses and telephone numbers.

3.      Any and all log books (or other records) kept by the *Philadelphia Express* for the aforesaid voyage, or by Defendants for the involved activity, including where applicable, but not limited to, the following:

(a)      Deck logs;

(b)      Engineer's logs;

(c)      Medical logs;

(d)      Radio logs;

*Page 2 of 4*

Copy from re:SearchGA

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 9/8/2020 2:22 PM

*Brian K. Hart* -Clerk of Court

4.      Any and all statements, including of the Plaintiff, either oral or written, signed or unsigned, and/or any and all recordings, by whatever means, relating to the incident complained of herein.

5.      All photographs, videotapes, records, and any other depiction or written descriptions taken by the Defendants or their representatives, involving, concerning, regarding or in any way connected with the matters at issue herein, including specifically any of Plaintiff.

6.      Any and all reports, notes, memoranda, correspondence, emails and related data made or kept by the Defendant, its agents, and/or employees, for or on behalf of or in the interest of the Defendant, and kept in its regular course of business, currently in existence or in its custody, possession and control, pertaining to Plaintiff's injury and claim against Defendants herein.

7.      All communications transmitted or received in connection with the matters complained of in Plaintiff's Complaint.

8.      All U.S. Coast Guard, Occupational Safety and Health Administration, medical reports on the crewman with COVID-19 or other reports filed in connection with the matters complained of in Plaintiff's complaint.

9.      All medical and other types of bills paid by Defendants for medical treatment or services for Plaintiff or otherwise paid on Plaintiff's behalf.

10.      All expert's reports, test results, data relied on, and other information upon which said expert has relied or utilized to formulate his opinion, irrespective of whether said expert will or will not be called to testify or whether his or her opinion is not yet finalized.

*Page 3 of 4*

Copy from re:SearchGA

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 9/8/2020 2:22 PM

*Brian K. Hart* -Clerk of Court

11.     Copies of all policies of insurance (whether primary or excess) pertaining to the claims made in this lawsuit.

12.     All safety and/or operating rules, pamphlets, books, newsletters, posted notices, and other such safety or operating rules or regulations in effect at the time of the incident that forms the basis of this litigation as to not exposing individuals with COVID-19 to others; and informing the Port, Coast Guard or others before docking as to seamen on the vessel with COVID-19.

13.     All contacts with the Georgia Port Authority or US Coast Guard regarding the matters at issue in this case.

This 8th day of September, 2020.

<div style="margin-left:50%">

/s/ Brent J. Savage
Brent J. Savage
Georgia Bar No. 627450

</div>

SAVAGE TURNER DURHAM
PINCKNEY & SAVAGE
Post Office Box 10600
Savannah, GA 31412
(912) 231-1140

*Page 4 of 4*

Copy from re:SearchGA

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 9/8/2020 2:22 PM

 *Brian K. Hart* -Clerk of Court

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | |
|---|---|
| LEONARD ROBERTS,    )<br>   )<br>     Plaintiff,    )<br>   )<br>v.    )<br>   )<br>PHILADELPHIA EXPRESS TRUST,   )<br>HAPAG-LLOYD USA, LLC and   )<br>MARINE TRANSPORT   )<br>MANAGEMENT, JOHN DOE   )<br>DEFENDANTS,   )<br>   )<br>     Defendants.    )  | CIVIL ACTION NO:   STCV20-01562<br>_____ |

## PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANTS

**COMES NOW** the Plaintiff in the above-styled case, and requires the above-named Defendants to answer under oath and in writing the following interrogatories, within forty-five (45) days from the date of service hereof.

### NOTICE AND DIRECTIONS

**NOTE A:** You are hereby required to respond to the Interrogatories, separately and fully in writing under oath, within thirty (45) days of service and serve a copy of the response upon Plaintiff's attorneys.

**NOTE B:** When used in the Interrogatories the term "Defendant" or "you" or any synonym thereof, is intended to and shall embrace and include all Defendants, individually, as well as all attorneys, agents, servants, representatives, private investigators and others who are in a position of obtaining or may have obtained information for or on behalf of Defendants relevant to these Interrogatories.

*Page 1 of 6*

Copy from re:SearchGA

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 9/8/2020 2:22 PM

*Brian K Hart* - Clerk of Court

**NOTE C:**     These Interrogatories shall be deemed continuing so as to require supplemental answers if you or your attorneys obtain further information between the time answers are served and the time of trial. Any such supplemental answers are to be filed and served upon counsel for the Plaintiff within thirty (30) days from receipt of such additional information but not later than ten (10) days prior to the time of trial.

**NOTE D:**     "Document" means: (1) every writing or record of every type and description that is or has been in your possession, control, or custody or of which you have knowledge, including but not limited to, correspondence, inter-office memoranda, tapes, email, computer files, hard disks, databases, backup tapes, stenographic or hand-written notes, studies, publications, books, pamphlets, pictures (drawings and photographs), films, microfilms, voice recordings, maps, reports, surveys, minutes, statistical computations, invoices, production orders, sales records, and any other writing evidencing or reflecting facts relevant to the Plaintiff's claims; (2) every copy of the above-described writing record where the original is not in your possession, custody or control; (3) every copy of each such writing or record where such a copy is not an identical copy of the original by virtue of any commentary or notation that does not appear on the original.

**NOTE E:**     Throughout these interrogatories, where Defendants are requested to identify a person, the following information should be furnished:

    (a)     The person's full name;

    (b)     His or her present home and business address and telephone number at each address;

    (c)     His or her occupation; and

*Page 2 of 6*

Copy from re:SearchGA

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 9/8/2020 2:22 PM


Brian K. Hart -Clerk of Court

(d)     His or her place of employment.

**NOTE F:**     As used herein, terms in the singular include the plural and terms in the plural include the singular.

1.     Please state the name, address, and telephone number of each and every person who has or claims to have knowledge or information (including medical information) regarding any facts, circumstances, or issues involved in Plaintiff's Complaint.

2.     With regard to such persons identified in response to Interrogatory No. 1, please state the following:

(a)     Whether or not he or she was an eyewitness to the events leading to Plaintiff's injuries or, if not, the nature of the information he or she has; and

(b)     His or her employer and job title at the time of Plaintiff's injury; and

(c)     A brief summary of the knowledge said person has or claims to have regarding the injury or any issue in this lawsuit.

3.     Please state the name, address and telephone number of those persons whose formal or informal statements, verbal or written, were obtained by you or any of your representatives in connection with the incident in question or any issue in this lawsuit.  State the date of each statement, state where it was obtained, and identify by name, address and telephone number the person obtaining it.

4.     Do you have in your possession or do you have access to a written or recorded statement or summary of notes of an oral statement by the Plaintiff?  If so,

*Page 3 of 6*

Copy from re:SearchGA

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 9/8/2020 2:22 PM

*Brian K. Hart* -Clerk of Court

please state the date of each statement, where it was obtained, and identify by name, address and telephone number the person obtaining it.

5.      Please state the name, address, telephone number, employer, and job title of any person or persons who made any investigations or reports as a result of or in connection with the incident giving rise to this lawsuit, and identify by title each report or other document resulting from same.

6.      Do you have, or does your attorney or other representative have any photographs, videotapes, sketches, diagrams, blueprints, plans, etc., taken or made in connection with the Plaintiff's damages or the matters and things involved in Plaintiff's claim or this lawsuit?

7.      Please state the name, address, telephone number, and field of expertise of any person you have consulted or will consult as an expert witness or consultant in this case, irrespective of whether you intend to call or not call said person to testify in this matter.

8.      Please state the name, field of expertise, office address, and date of each examination or treatment for each physician who treated or examined the Plaintiff on your behalf at any time after the injury described in the Plaintiff's Complaint.

9.      At the time of the Plaintiff's injury as described in the Complaint, were there any policies (primary or excess) of insurance insuring your liability for the type of risk sued on herein?  If so, please state:

        (a)      The name and address of each such insurer;

        (b)      The policy number and limits of liability for each type of coverage; and

*Page 4 of 6*

Copy from re:SearchGA

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 9/8/2020 2:22 PM

*Brian K Hart* -Clerk of Court

   (c)  The nature of any exclusions.

  10.  Please state the wording of any safety or operating rules, regulations or recommendations, whether written or verbal, pertaining to Plaintiff's work activity and/or the proper procedures related to COVID-19 at the time of the injury described in the Complaint.  (Please produce a copy of same with these answers)

  11.  Please state the name, address, and official capacity of the person or persons who answered or aided or consulted in answering these interrogatories.

  12.  Were any written reports made regarding the incidents complained of in Plaintiff's Complaint?  If so, please state:

    (a)  The present location of copies of said report; and

    (b)  The names of the persons making such reports.

  13.  If any oral reports were made regarding the preceding interrogatory, please state the date of such report, and from whom and to whom said reports were made last preceding and first following Plaintiff's injury.

  14.  Did anyone give notice, or make complaints about COVID-19 positive personnel on the vessel prior to the time of Plaintiff's longshoring crew entred the vessel on July 12, 2020?  If so, please state:

    (a)  The name, address and job classification of all such persons;

    (b)  Whether said notice or complaint was put in writing and, if so, the present location of said written document.

  15.  The name, business and home addresses of the officers, directors and shareholders of the Defendants.

Copy from re:SearchGA

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 9/8/2020 2:22 PM

*Brian K. Hart* Clerk of Court

This 8th day of September, 2020.

*/s/ Brent J. Savage*
Brent J. Savage
Georgia Bar No. 627450

SAVAGE TURNER DURHAM
PINCKNEY & SAVAGE
Post Office Box 10600
Savannah, GA 31412
(912) 231-1140

*Page 6 of 6*

Copy from re:SearchGA

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO, GA, 9/10/2020 2:03 PM

 *Brian K. Hart* -Clerk of Court

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| LEONARD ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO: STCV20-01562 |
| | ) | |
| PHILADELPHIA EXPRESS TRUST, | ) | |
| HAPAG-LLOYD USA, LLC and | ) | |
| MARINE TRANSPORT | ) | |
| MANAGEMENT, AND JOHN DOE | ) | |
| DEFENDANTS, | ) | |
| | ) | |
| Defendants. | ) | |

## ACKNOWLEDGMENT OF SERVICE
## AND WAIVER OF SUMMONS

NOW COMES DEFENDANTS PHILADELPHIA EXPRESS TRUST, HAPAG-

LLOYD USA, LLC, and MARINE TRANSPORT MANAGEMENT, through its attorneys

of record, and as of the date affixed below, hereby acknowledges due and legal service of

Plaintiff's Complaint and waives service of summons in this action while expressly

reserving any and all rights and defenses.

This 10th day of September, 2020.

BOUHAN FALLIGANT, LLP

/s/ Todd M. Baiad
Todd M. Baiad
Georgia Bar No. 031605
*Attorneys for Defendants*

Post Office Box 2139
Savannah, GA 31402
(912) 232-7000
tmbaiad@bouhan.com

Copy from re:SearchGA

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the above

and foregoing document by causing same to be ____ placed in the United States mail,

postage prepaid, ____ hand delivered, and/or __X__ sent via email to the following:

bsavage@savagelawfirm.net

Brent J. Savage, Esquire
SAVAGE TURNER DURHAM
PINCKNEY & SAVAGE
102 East Liberty Street, 8th Floor (31401)
Post Office Box 10600
Savannah, GA 31412

This 10th day of September, 2020.

BOUHAN FALLIGANT, LLP

/s/ Todd M. Baiad
Todd M. Baiad
Georgia Bar No. 031605
*Attorneys for Defendants Philadelphia Express Trust,*
*Hapag-Lloyd USA, LLC, and Marine Transport*
*Management*

Post Office Box 2139
Savannah, GA 31402
(912) 232-7000
tmbaiad@bouhan.com

Copy from re:SearchGA